**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CREMER ERZKONTOR N.A. INC.,**

**Plaintiff,**

**v.**

**TIDEWATER LOGISTICS OPERATING, LLC, *et al.*,**

**Defendants.**

**Civil Action 2:26-cv-944**
**Judge Michael H. Watson**
**Magistrate Judge Chelsey M. Vascura**

# ORDER

This matter is before the Court on the parties' Joint Motion to Conduct Limited Early Discovery Pursuant to Rule 26(d) (ECF No. 8). For good cause shown, the Motion is **GRANTED**. The Court adopts the schedule proposed by the parties as follows:

- Exchange of Document Requests: By Friday, September 18, 2026, or within two (2) business days of entry of an order granting this Motion, whichever is later.
- Exchange of Non-Privileged Responsive Documents: By Wednesday, October 7, 2026.
- In-Person Mediation: No later than Friday, November 6, 2026 contingent on mediator availability.

The parties may, without further leave of Court, agree to exceed the limitations on discovery established by the Federal Rules of Civil Procedure or the Local Rules of this Court.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE